[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-13786
Non-Argument Calendar

————————————————

D.C. Docket No. 8:16-cr-00154-SDM-AAS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRISTIAN ANDRES IBARGUEN RIASCO,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(June 1, 2020)

Before JORDAN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Joseph Johnson, appointed counsel for Cristian Andres Ibarguen Riasco in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ibarguen Riasco's conviction and sentence are **AFFIRMED**.